**SO ORDERED.**

**SIGNED this 16 day of March, 2018.**

_____
**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## FAYETTEVILLE DIVISION

**IN RE:**
**ADAM KEITH OLDHAM AND CASEY**
**RENEE OLDHAM**

CASE NO.  16-05947-5-JNC
CHAPTER 13

Soc.Sec.No.: xxx-xx-1576 and xxx-xx-6553
Mailing Address: 915 North Hill Road
Fayetteville, NC 28303

**DEBTORS**

**CONSENT ORDER**

**UPON THE TRUSTEE'S MOTION TO DISMISS** dated 2/22/18, and with the consent of the Trustee and the Debtors, upon due consideration of the Court,

**IT IS ORDERED** that said motion be denied.

**HOWEVER, IT IS ALSO ORDERED** that the following conditions shall apply:

The Debtors shall resume making their **"regular"** monthly Chapter 13 plan payments of $450.00 per month, starting with the payment due on 4/1/18. In the event that the Debtors fail to make any regular payment within 30 days after the date that it is due, this case shall be deemed immediately dismissed, upon notification by the Trustee to the Court, without the need for the Trustee to reapply to the Court. This "drop dead" provision shall terminate after 6 months (That is, it shall apply to payments starting on 4/1/18 and continuing to and including the payment due on 9/1/18).

In addition to resuming regular plan payments, the Debtors shall make an **extra** payment to the Chapter 13 Trustee in the amount of $234.00 per month for a total of 6 extra payments, starting with the payment due on 4/1/18 and continuing to and including the payment due on 9/1/18. In the event that the Debtors fail to make any such payment within 30 days after the date that it is due, this case shall be deemed immediately dismissed, without further hearing or order, upon notification by the Trustee to the Court.

(Continued Page 2)

16-05947-5-JNC
Adam Keith Oldham
Casey Renee Oldham
Page 2

We consent to the entry of this order.

  s/ John T. Orcutt
_____
John T. Orcutt
Attorney for Debtors
N.C. State Bar No.: 10212
6616-203 Six Forks Road
Raleigh, N.C. 27615
Telephone: (919) 847-9750

  s/Joseph A. Bledsoe, III
_____
Joseph A. Bledsoe, III
Chapter 13 Trustee
N.C. State Bar No: 19817
Post Office Box 1618
New Bern, NC  28563-1618
Telephone: (252) 633-0074

                                          End of Document